# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Cesar Javier Ramirez-Garcia,<br>a.k.a.: Cesar Ramirez-Garcia,<br>a.k.a.: Ernesto Garcia-Ramirez,<br>(A072 577 367)<br>*Defendant* | Case No. 17-374MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 23, 2013, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Cesar Javier Ramirez Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about June 21, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts: **See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Amy Brown for AUSA Jillian M. Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Salvador Delgado II,
Deportation Officer
*Printed name and title*

Sworn to before me and signed telephonically.

Date: September 4, 2017  @ 1500 HRS

*Judge's signature*

Honorable Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 23, 2013, Cesar Javier Ramirez Garcia was booked him into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Ramirez Garcia was examined by Immigration Enforcement Agent S. McMillin who determined Ramirez Garcia to be a Mexican citizen, unlawfully present in the United States. On the same date, an immigration detainer was lodged with the county jail. On September 1, 2017, Ramirez Garcia was released from the Arizona Department of Corrections and transported to the Florence ICE office for further investigation and processing. Ramirez Garcia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Cesar Javier Ramirez Garcia to be a citizen of Mexico and a previously deported criminal alien. Ramirez Garcia was removed from the United States to Mexico through Del Rio, Texas, on or about June 21, 2011, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Ramirez Garcia in any Department of Homeland Security database

1

to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Cesar Javier Ramirez Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Cesar Javier Ramirez Garcia was convicted of Re-Entry of Removed Alien, a felony offense, on January 25, 2011, in the United States District Court, District of Arizona. Ramirez Garcia was sentenced to eight (8) months' imprisonment and three (3) years' supervised release. Ramirez Garcia's criminal history was matched to him by electronic fingerprint comparison.

5. On September 1, 2017, Cesar Javier Ramirez Garcia was advised of his constitutional rights. Ramirez Garcia freely and willingly acknowledged his rights and agreed to provide a statement under oath. Ramirez Garcia stated that his true and complete name is Cesar Javier Ramirez Garcia and that he is a citizen of Mexico. Ramirez Garcia stated that he illegally entered the United States at or near Altar, Mexico, in 2016, without inspection by an immigration officer. Ramirez Garcia further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 20, 2013, Cesar Javier Ramirez Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at or near Del Rio, Texas, on or about June 21, 2011, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed telephonically
this 4th day of September, 2017.

_____
Honorable Michelle H. Burns,
United States Magistrate Judge

3